IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CR-48-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LUIS ENRRIQUE ARROYO-JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motion for a sentence reduction not later than December 3, 2025.

SO ORDERED. This 3 day of November, 2025.

JAMES C. DEVER III
United States District Judge