IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CR-48-D

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
LUIS ENRIQUE ARROYO-JIMENEZ, )
)
Defendant. )

The court DENIES as moot defendant's motion for compassionate release [D.E. 125]. See [D.E. 133].

SO ORDERED. This 8 day of January, 2026.

JAMES C. DEVER III
United States District Judge